**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6793**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MILTON MARK SMITH, a/k/a Pete,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Chief District Judge.  (CR-90-195-G, CA-94-521-2)

---

Submitted:  December 12, 1995        Decided:  January 16, 1996

---

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Milton Mark Smith, Appellant Pro Se.  Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Smith</u>, Nos. CR-90-195-G; CA-94-521-2 (M.D.N.C. Apr. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>